**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-1098**

―――――――――

MICHAEL A. SCOTT,

                        Plaintiff - Appellant,

    versus

NORFOLK SOUTHERN CORPORATION; DAVID R. GOODE;
STEPHEN CRAIG TOBIAS; JON L. MANETTA; DONALD
W. MAYBERRY; WILLIAM E. HONEYCUTT; LEWIS D.
HALE; TIMOTHY A. HEILIG; C. D. VITTUR; D. D.
GRAAB; A. L. LUTTRELL; JERRY R. GRAY; W. F.
HENLEY; J. E. PAIR,

                        Defendants - Appellees,

    and

J. W. CLEMMER; LANDMARK COMMUNICATIONS,
INCORPORATED,

                        Defendants.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-97-522-2)

―――――――――

Submitted: December 22, 1998      Decided: January 15, 1999

―――――――――

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

---

Michael A. Scott, Appellant Pro Se.  David Nash Payne, KAUFMAN & CANOLES, Norfolk, Virginia; Samuel Johnson Webster, Heather Ann Mullen, WILLIAMS, KELLY & GREER, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Scott appeals from district court orders denying him relief in his civil action in which he asserted various claims related to alleged post-employment discrimination.  We have reviewed the record and the district court's orders and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Scott v. Norfolk Southern Corp.</u>, No. CA-97-522-2 (E.D. Va. Dec. 18, 1997, July 10, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>